UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

AMICA MUTUAL INSURANCE
COMPANY,

       Plaintiff,                                     CASE NO: 8:20-cv-2228-T-35CPT

vs

CHRISTYNE PRIDE as Personal Representative of the Estate of BRITTANY STRICKLAND, CECILIA MCGINNIS, ANDREW MCGINNIS, DRAKE BELL, CYRUS BERNARD, LADAWN GORDON, THOMAS GORDON, NATALIE S. CURRAN as Co-Trustee of the Elizabeth B Smith Irrevocable Trust, and CECILIA S. MCGINNINS As Co-Trustee of the Elizabeth B Smith Irrevocable Trust,

       Defendants.
_____/

SUMMONS IN A CIVIL ACTION

TO: **ANDREW MCGINNIS**

BY SERVING:   1804 Collins Lane
                         Lakeland, FL 33803

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAURA E. BEDARD, ESQUIRE
ROBERTS, REYNOLDS, BEDARD, & TUZZIO, PLLC
470 Columbia Drive, Bldg, C-101
West Palm Beach, Florida 33409
PH: (561)688-6560; FAX: (561)688-2343
EMAIL: Lbedard@rrbpa.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF *ChristineHarris*

Date: **Sep 23, 2020** _____

Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

AMICA MUTUAL INSURANCE
COMPANY,

      Plaintiff,                              CASE NO: 8:20-cv-2228-T-35CPT

      vs

CHRISTYNE PRIDE as Personal Representative of the Estate of BRITTANY STRICKLAND, CECILIA MCGINNIS, ANDREW MCGINNIS, DRAKE BELL, CYRUS BERNARD, LADAWN GORDON, THOMAS GORDON, NATALIE S. CURRAN as Co-Trustee of the Elizabeth B Smith Irrevocable Trust, and CECILIA S. MCGINNINS As Co-Trustee of the Elizabeth B Smith Irrevocable Trust,

      Defendants.
_____/

SUMMONS IN A CIVIL ACTION

TO: **DRAKE BELL**

BY SERVING:   515 Market SQ W
                           Lakeland, FL 33813

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAURA E. BEDARD, ESQUIRE
ROBERTS, REYNOLDS, BEDARD, & TUZZIO, PLLC
470 Columbia Drive, Bldg, C-101
West Palm Beach, Florida 33409
PH: (561)688-6560; FAX: (561)688-2343
EMAIL: Lbedard@rrbpa.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*ChristineHarris*

Date: __Sep 23, 2020_____ _____

Signature of Court Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

AMICA MUTUAL INSURANCE
COMPANY,

   Plaintiff,           CASE NO: 8:20-cv-2228-T-35CPT

 vs

**CHRISTYNE PRIDE as Personal Representative of the Estate of BRITTANY STRICKLAND, CECILIA MCGINNIS, ANDREW MCGINNIS, DRAKE BELL, CYRUS BERNARD, LADAWN GORDON, THOMAS GORDON, NATALIE S. CURRAN as Co-Trustee of the Elizabeth B Smith Irrevocable Trust, and CECILIA S. MCGINNINS As Co-Trustee of the Elizabeth B Smith Irrevocable Trust,**

   **Defendants.**
_____/

SUMMONS IN A CIVIL ACTION

TO: **CYRUS BERNARD**

BY SERVING: 9244 Kliber Dr.
       Winter Haven, FL  33884

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAURA E.  BEDARD, ESQUIRE
ROBERTS, REYNOLDS, BEDARD, & TUZZIO, PLLC
470 Columbia Drive, Bldg, C-101
West Palm Beach, Florida 33409
PH: (561)688-6560; FAX: (561)688-2343
EMAIL: Lbedard@rrbpa.com

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: **Sep 23, 2020** _____

_____
Signature of Clerk, Deputy Clerk

*ChristineHarris*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

AMICA MUTUAL INSURANCE
COMPANY,

       Plaintiff,                      CASE NO: 8:20-cv-2228-T-35CPT

vs

**CHRISTYNE PRIDE as Personal Representative of the Estate of BRITTANY STRICKLAND, CECILIA MCGINNIS, ANDREW MCGINNIS, DRAKE BELL, CYRUS BERNARD, LADAWN GORDON, THOMAS GORDON, NATALIE S. CURRAN as Co-Trustee of the Elizabeth B Smith Irrevocable Trust, and CECILIA S. MCGINNINS As Co-Trustee of the Elizabeth B Smith Irrevocable Trust,**

       **Defendants.**
_____/

SUMMONS IN A CIVIL ACTION

TO: **CECILIA MCGINNIS as Co-Trustee of the Elizabeth B. Smith Irrevocable Trust**

BY SERVING:   1804 Collins Lane
                     Lakeland, FL  33803

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAURA E.  BEDARD, ESQUIRE
ROBERTS, REYNOLDS, BEDARD, & TUZZIO, PLLC
470 Columbia Drive, Bldg, C-101
West Palm Beach, Florida 33409
PH: (561)688-6560; FAX: (561)688-2343
EMAIL: Lbedard@rrbpa.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: **Sep 23, 2020**

*ChristineHarris*

Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

AMICA MUTUAL INSURANCE
COMPANY,

        Plaintiff,                              CASE NO: 8:20-cv-2228-T-35CPT

vs

CHRISTYNE PRIDE as Personal Representative
of the Estate of BRITTANY STRICKLAND,
CECILIA MCGINNIS, ANDREW MCGINNIS,
DRAKE BELL, CYRUS BERNARD, LADAWN
GORDON, THOMAS GORDON, NATALIE S.
CURRAN as Co-Trustee of the Elizabeth B Smith
Irrevocable Trust, and CECILIA S. MCGINNINS
As Co-Trustee of the Elizabeth B Smith Irrevocable
Trust,

        **Defendants.**
_____/

SUMMONS IN A CIVIL ACTION

TO: **CECILIA MCGINNIS**

BY SERVING:   1804 Collins Lane
                         Lakeland, FL 33803

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAURA E. BEDARD, ESQUIRE
ROBERTS, REYNOLDS, BEDARD, & TUZZIO, PLLC
470 Columbia Drive, Bldg, C-101
West Palm Beach, Florida 33409
PH: (561)688-6560; FAX: (561)688-2343
EMAIL: Lbedard@rrbpa.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*ChristineHarris*

Date: __**Sep 23, 2020**__           _____
                                    Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

AMICA MUTUAL INSURANCE
COMPANY,

        Plaintiff,                              CASE NO: 8:20-cv-2228-T-35CPT

     vs

**CHRISTYNE PRIDE as Personal Representative of the Estate of BRITTANY STRICKLAND, CECILIA MCGINNIS, ANDREW MCGINNIS, DRAKE BELL, CYRUS BERNARD, LADAWN GORDON, THOMAS GORDON, NATALIE S. CURRAN as Co-Trustee of the Elizabeth B Smith Irrevocable Trust, and CECILIA S. MCGINNINS As Co-Trustee of the Elizabeth B Smith Irrevocable Trust,**

        **Defendants.**
_____/

SUMMONS IN A CIVIL ACTION

TO: **LADAWN GORDON**

BY SERVING:   26 Shamrock Ave
                        Haines City, FL  33844

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                          LAURA E.  BEDARD, ESQUIRE
              ROBERTS, REYNOLDS, BEDARD, & TUZZIO, PLLC
                     470 Columbia Drive, Bldg, C-101
                       West Palm Beach, Florida 33409
               PH: (561)688-6560; FAX: (561)688-2343
                    EMAIL: Lbedard@rrbpa.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: __**Sep 23, 2020**_____

_____
Signature of Clerk or Deputy Clerk

*ChristineHarris*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

AMICA MUTUAL INSURANCE
COMPANY,

       Plaintiff,                      CASE NO: 8:20-cv-2228-T-35CPT

vs

CHRISTYNE PRIDE as Personal Representative of the Estate of BRITTANY STRICKLAND, CECILIA MCGINNIS, ANDREW MCGINNIS, DRAKE BELL, CYRUS BERNARD, LADAWN GORDON, THOMAS GORDON, NATALIE S. CURRAN as Co-Trustee of the Elizabeth B Smith Irrevocable Trust, and CECILIA S. MCGINNINS As Co-Trustee of the Elizabeth B Smith Irrevocable Trust,

       Defendants.
_____/

SUMMONS IN A CIVIL ACTION

TO: **NATALIE S. CURRAN as Co-Trustee of the Elizabeth B. Smith Irrevocable Trust**

BY SERVING:   1804 Collins Lane
                       Lakeland, FL  33803

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                     LAURA E.  BEDARD, ESQUIRE
       ROBERTS, REYNOLDS, BEDARD, & TUZZIO, PLLC
               470 Columbia Drive, Bldg, C-101
               West Palm Beach, Florida 33409
           PH: (561)688-6560; FAX: (561)688-2343
               EMAIL: Lbedard@rrbpa.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: __**Sep 23, 2020**_____

_____
Signature of Clerk, Deputy Clerk

*ChristineHarris*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

AMICA MUTUAL INSURANCE
COMPANY,

       Plaintiff,                                CASE NO: 8:20-cv-2228-T-35CPT

vs

**CHRISTYNE PRIDE as Personal Representative of the Estate of BRITTANY STRICKLAND, CECILIA MCGINNIS, ANDREW MCGINNIS, DRAKE BELL, CYRUS BERNARD, LADAWN GORDON, THOMAS GORDON, NATALIE S. CURRAN as Co-Trustee of the Elizabeth B Smith Irrevocable Trust, and CECILIA S. MCGINNINS As Co-Trustee of the Elizabeth B Smith Irrevocable Trust,**

       **Defendants.**
_____/

SUMMONS IN A CIVIL ACTION

TO: **CHRISTYNE PRIDE as Personal Representative of the Estate of Brittany Strickland**

BY SERVING:   David C. Dismuke, Esq.
                       Dismuke Law
                       1920 South Florida Avenue
                       Lakeland, FL  33803

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAURA E.  BEDARD, ESQUIRE
ROBERTS, REYNOLDS, BEDARD, & TUZZIO, PLLC
470 Columbia Drive, Bldg, C-101
West Palm Beach, Florida 33409
PH: (561)688-6560; FAX: (561)688-2343
EMAIL: Lbedard@rrbpa.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF 

Date: **Sep 23, 2020** _____

_____

Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

AMICA MUTUAL INSURANCE
COMPANY,

        Plaintiff,                                        CASE NO: 8:20-cv-2228-T-35CPT

vs

**CHRISTYNE PRIDE** as Personal Representative of the Estate of **BRITTANY STRICKLAND, CECILIA MCGINNIS, ANDREW MCGINNIS, DRAKE BELL, CYRUS BERNARD, LADAWN GORDON, THOMAS GORDON, NATALIE S. CURRAN** as Co-Trustee of the Elizabeth B Smith Irrevocable Trust, and **CECILIA S. MCGINNINS** As Co-Trustee of the Elizabeth B Smith Irrevocable Trust,

        Defendants.
_____/

SUMMONS IN A CIVIL ACTION

TO: **THOMAS GORDON**

BY SERVING:   197 Fish Hawk Dr.
                           Winter Haven, FL  33844

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAURA E.  BEDARD, ESQUIRE
ROBERTS, REYNOLDS, BEDARD, & TUZZIO, PLLC
470 Columbia Drive, Bldg, C-101
West Palm Beach, Florida 33409
PH: (561)688-6560; FAX: (561)688-2343
EMAIL: Lbedard@rrbpa.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF

Date: __**Sep 23, 2020**_____

_____
Signature of Clerk, Deputy Clerk

*ChristineHarris*